# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| LaMothe, Louise A. | Central District of California | 05/27/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Magistrate Judge - Part Time | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2019 to 12/31/2019 |

**7. Chambers or Office Address**

United States District Court
Federal Building
1415 State Street, Room 202
Santa Barbara, CA 93101-2511

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| LaMothe, Louise A. | 05/22/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | Louise A. LaMothe - A Professional Corporation: Salary | $205,621.45 |
| 2. 2019 | United States Judges - Administrative Office of the U.S. Courts | $75,645.78 |
| 3. 2019 | Louise A. LaMothe - A Professional Corporation: 401K Distribution | $2,461.70 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | California State Teachers' Retirement System |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LaMothe, Louise A. | 05/22/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑   NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑   NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LaMothe, Louise A. | 05/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. LPL FINANCIAL 7168 (LAL) | | | | | | | | | |
| 2. -Allianzgi Short Duration High Income CL P (ASHPX) | D | Dividend | | | Sold | 05/06/19 | N | A | |
| 3. -Angel Oak Multi Strategy Income INSTL CL (ANGIX) | D | Dividend | M | T | | | | | |
| 4. -Angel Oak Multi Strategy Income INSTL CL (ANGIX) | D | Dividend | | | Sold (part) | 05/06/19 | J | A | |
| 5. -Federated Strategic Value Dividend INSTL CL (SVAIX) | D | Dividend | | | Sold | 01/29/19 | K | A | |
| 6. -Doubleline Total Return Bond CL I (DBLTX) | D | Dividend | O | T | Buy | 03/14/19 | M | | |
| 7. -DoublelineShiller Enhanced Cape CL I | C | Dividend | M | T | Buy | 03/14/19 | M | | |
| 8. -Harbor Cap Apprec INSTL CL (HACAX) | A | Dividend | | | Sold | 05/06/19 | L | D | |
| 9. -JP Morgan Mortgage Backed Securities CL I (OMBIX) | B | Dividend | | | Sold | 03/14/19 | N | A | |
| 10. -Maingate MLP (IMLPX) | D | Dividend | M | T | | | | | |
| 11. -Maingate MLP (IMLPX) | D | Dividend | | | Sold (part) | 07/10/19 | J | A | |
| 12. -Main Stay Epoch Global Equity YIELD CL I (EPSYX) | C | Dividend | M | T | | | | | |
| 13. -Main Stay Epoch Global Equity YIELD CL I (EPSYX) | C | Dividend | | | Sold (part) | 05/06/19 | J | A | |
| 14. -MFS Value (MEIIX) | C | Dividend | M | T | | | | | |
| 15. -MFS Value (MEIIX) | C | Dividend | | | Sold (part) | 07/10/19 | J | B | |
| 16. -Pimco Investment Grade Corp Bond CL P (PBDPX) | D | Dividend | N | T | | | | | |
| 17. -Pimco Investment Grade Corp Bond CL P (PBDPX) | D | Dividend | | | Sold (part) | 07/10/19 | K | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LaMothe, Louise A. | 05/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | -Royce Dividend Value Investment CL (RDVIX) | A | Dividend | | | Sold | 03/14/19 | L | A | |
| 19. | -Wells Fargo Diversified Income Bldr Admin CL (EKSYX) | C | Dividend | M | T | | | | | |
| 20. | -Wells Fargo Diversified Income Bldr Admin CL (EKSYX) | C | Dividend | | | Sold (part) | 05/06/19 | J | A | |
| 21. | | | | | | | | | | |
| 22. | WELLS FARGO 3480 (LAL) | | | | | | | | | |
| 23. | -Allianz Life INS CO ANN (Annuity) | E | Distribution | O | T | | | | | |
| 24. | | | | | | | | | | |
| 25. | WELLS FARGO 3545 (LAL) | | | | | | | | | |
| 26. | -Abbott Laboratories (ABT) | A | Dividend | J | T | | | | | |
| 27. | -Abbvie Inc (ABBV) | A | Dividend | J | T | | | | | |
| 28. | -Automatic Data Processing (ADP) | A | Dividend | J | T | | | | | |
| 29. | -CDK Global Holdings LLC (CDK) | A | Dividend | J | T | | | | | |
| 30. | -Colgate Palmolive Co (CL) | A | Dividend | J | T | | | | | |
| 31. | -Exxon Mobil Corp (XOM) | A | Dividend | J | T | | | | | |
| 32. | -Fidelity Investments Money Market FD INSTL CL | A | Dividend | L | T | | | | | |
| 33. | -General Mills Inc (GIS) | A | Dividend | J | T | | | | | |
| 34. | -Intel Corp (INTC) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LaMothe, Louise A. | 05/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | -Kohls Corp (KSS) | A | Dividend | J | T | | | | | |
| 36. | -Mainstay FDS TR (MSCAX) | B | Dividend | K | T | Buy | 05/06/19 | K | | |
| 37. | -McDonald's Corp (MCD) | A | Dividend | J | T | | | | | |
| 38. | -Medtronic PLC (MDT) | A | Dividend | J | T | | | | | |
| 39. | -Microsoft Corp (MSFT) | A | Dividend | K | T | | | | | |
| 40. | -Pfizer Inc (PFE) | A | Dividend | J | T | | | | | |
| 41. | -Schlumberger Ltd (SLB) | A | Dividend | J | T | | | | | |
| 42. | -Walgreens Boots Alliance Inc (WBA) | A | Dividend | J | T | | | | | |
| 43. | -Wal-Mart Stores Inc (WMT) | A | Dividend | J | T | | | | | |
| 44. | -Wells Fargo & Co New (WFC) | A | Dividend | J | T | | | | | |
| 45. | | | | | | | | | | |
| 46. | WELLS FARGO 5002 (LAL) | | | | | | | | | |
| 47. | -Eastern Mun Wtr Dis CA | A | Interest | J | T | | | | | |
| 48. | -Golden West SCHS Fing CA REF Beverly Hills UNI | A | Interest | K | T | | | | | |
| 49. | -Mainstay FDS TR (MSCAX) | D | Interest | N | T | | | | | |
| 50. | -Mainstay FDS TR (MSCAX) | D | Interest | N | T | Buy | 05/01/19 | K | | |
| 51. | -Montclair CA Pub FING Auth LSE | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **LaMothe, Louise A.** | 05/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | -Rialto CA REDEV Agy Successor AGY Tax | A | Interest | J | T | | | | | |
| 53. | -University CA REVS LTD Proj SER E | A | Interest | J | T | | | | | |
| 54. | -Val Verde CA SCH DIST | A | Interest | K | T | | | | | |
| 55. | -Ventura CNTY CA Cmnty College Dist | A | Interest | K | T | | | | | |
| 56. | -Washington CA UNI SCH DIST Fresno CNTY | A | Interest | J | T | | | | | |
| 57. | | | | | | | | | | |
| 58. | | | | | | | | | | |
| 59. | WELLS FARGO 7681 (LAL) | | | | | | | | | |
| 60. | -Fidelity Funds Fidelity Treasury Only Port Instl Class SHS (FRSXX) | A | Dividend | J | T | | | | | |
| 61. | -WASH MUTL INVS FD INC Class A (AWSHX) | B | Dividend | L | T | | | | | |
| 62. | | | | | | | | | | |
| 63. | LPL FINANCIAL 9907 (LAL) | | | | | | | | | |
| 64. | -Calvert Global Water CL I (CFWIX) | A | Dividend | L | T | Buy | 08/16/19 | L | | |
| 65. | -New World CL F2 (NFFFX) | B | Dividend | M | T | Buy | 01/07/19 | M | | |
| 66. | -PAX Ellevate Global Womens Leadership INSTL CL (PXWIX) | C | Dividend | M | T | Buy | 01/07/19 | M | | |
| 67. | | | | | | | | | | |
| 68. | LPL FINANCIAL 8747 (LAL) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LaMothe, Louise A. | 05/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   -FS Investment Corp III | D | Dividend | M | T | | | | | |
| 70. | | | | | | | | | |
| 71.   CHARLES SCHWAB 0109 (LAL) | | | | | | | | | |
| 72.   -Alphabet Inc (GOOG) | | None | J | T | | | | | |
| 73.   -Alphabet, Inc (GOOGL) | | None | J | T | | | | | |
| 74.   -Amazon.com Inc (AMZN) | | None | K | T | | | | | |
| 75.   -Costco Wholesale Co (COST) | A | Dividend | K | T | | | | | |
| 76.   -Ford Motor Company (F) | A | Dividend | J | T | | | | | |
| 77.   -Matthews Pacific Tiber (MAPTX) | A | Dividend | K | T | | | | | |
| 78.   -Parnassus Core EQTY FD (PRBLY) | A | Dividend | L | T | | | | | |
| 79.   -Qualcomm Inc (QCOM) | | None | J | T | | | | | |
| 80.   -Salesforce Com (SRM) | | None | J | T | | | | | |
| 81.   -Tesla Motors Inc (TSLA) | | None | L | T | | | | | |
| 82. | | | | | | | | | |
| 83.   TIAA | | | | | | | | | |
| 84.   -TIAA Annuity Contracts (Y3532689) | C | Distribution | K | T | | | | | |
| 85.   -TIAA Annuity Contracts (Y3540427) | D | Distribution | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **LaMothe, Louise A.** | 05/22/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | | | | | | | | | |
| 87. TROWE PRICE (LAL) | | | | | | | | | |
| 88. -TROWE PRICE IRA (Global Tech ) (2785965471-6) | D | Dividend | K | T | | | | | |
| 89. | | | | | | | | | |
| 90. LPL FINANCIAL 0160 (DK) | | | | | | | | | |
| 91. -AB MUN INCOME (MISHX) | | | M | T | | | | | |
| 92. -California ST RFDG Various PURP SER C B/E CPN 5.000% (13063DHL5) | A | Dividend | K | T | Buy | 01/18/19 | K | | |
| 93. -California ST Various PURP B/E CPN 5.000% (13063DKB3) | A | Dividend | K | T | Buy | 01/17/19 | K | | |
| 94. -California ST DEPT WTR RES CENT B/E PTC CPEN 4.000% (13066K4L0) | A | Dividend | K | T | Buy | 01/15/19 | K | | |
| 95. -California ST DEPT WTR RES PWR SUPPLY B/E CPN 5.000% (13066YSN0) | A | Dividend | K | T | Buy | 01/30/19 | K | | |
| 96. -Los Angeles CA RFDG SER B B/E CPT 5.000% (544351NU9) | A | Dividend | J | T | Buy | 01/07/19 | J | | |
| 97. -Los Angeles CA RFDG SER B B/E CPT 5.000% (544351NV7) | A | Dividend | K | T | Buy | 01/07/19 | K | | |
| 98. -Los Angeles CA DEPT WTR & PWR REV SER D B/E CPN 5.000% (5444955V2) | A | Dividend | K | T | Buy | 01/22/19 | K | | |
| 99. -Los Angeles CA UNI SCH DIST SER B 1 B/E CPN 5.000% (5446466HO) | A | Dividend | K | T | Buy | 01/29/19 | K | | |
| 100. -Los Angeles CNTY CA MET TRANSN AUTH B/E CPN 5.000% (5447125W8) | A | Dividend | K | T | Buy | 01/18/19 | K | | |
| 101. -Metropolitan WTR DIST STHN CA B/E CPN 5.000% (592659Y83) | A | Dividend | K | T | Buy | 01/10/19 | K | | |
| 102. -Orange CNTY CA LOC TRANSN AUTH B/E CPN 5.000% (684273HH1) | A | Dividend | J | T | Buy | 02/13/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **LaMothe, Louise A.** | 05/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  -Petaluma CA WSTWTR REV RFDG B/E CPN 5.000% (716008BS5) | A | Dividend | K | T | Buy | 09/16/19 | K | | |
| 104.  -Wells Farbo Diversified Income Builder INSTL CL (EKSYX) | A | Dividend | | | Sold | 01/02/19 | J | A | |
| 105. | | | | | | | | | |
| 106.  LPL FINANCIAL 5759 (DK) | | | | | | | | | |
| 107.  -AFIS Asset Allocation (Pacific Life Annuity) | A | Distribution | M | T | | | | | |
| 108. | | | | | | | | | |
| 109.  LPL FINANCIAL 6013 (DK) | | | | | | | | | |
| 110.  -Costco Wholesale Corp (COST) | A | Dividend | J | T | | | | | |
| 111. | | | | | | | | | |
| 112.  LPL FINANCIAL (7346) | | | | | | | | | |
| 113.  -American College 2021 CL 529 C (CTOCX) (Erika) | A | Dividend | K | T | | | | | |
| 114. | | | | | | | | | |
| 115.  LPL FINANCIAL (7370) | | | | | | | | | |
| 116.  -American College 2021 CL 529 C (CTOCX) (Charlotte) | A | Dividend | K | T | | | | | |
| 117. | | | | | | | | | |
| 118.  LPL FINANCIAL 7508 (DK) | | | | | | | | | |
| 119.  -Aflac Inc (AFL) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | | Name of Person Reporting | Date of Report |
|---|---|---|---|
| | | LaMothe, Louise A. | 05/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  -Alphabet Inc CL A (GOOGL) | A | Dividend | J | T | | | | | |
| 121.  -AT&T Inc (T) | A | Dividend | | | Sold | 02/11/19 | J | A | |
| 122.  -Berkshire Hathaway Inc DE CL B NEW (BRK/B) | A | Dividend | J | T | | | | | |
| 123.  -Cisco Systems Inc (CSCO) | A | Dividend | J | T | | | | | |
| 124.  -Dollar General Corp New (DG) | A | Dividend | J | T | | | | | |
| 125.  -Eli Lilli & Company (LLY) | A | Dividend | J | T | | | | | |
| 126.  -Goldman Sachs Group Inc Medium Term Note (3814ET90) | A | Interest | J | T | | | | | |
| 127.  -Ishares China Large Cap ETF (FXI) | A | Dividend | J | T | | | | | |
| 128.  -Kimberly Clark Corp (KMB) | A | Dividend | | | Sold | 02/11/19 | J | A | |
| 129.  -Microsoft Corp (MSFT) | A | Dividend | J | T | | | | | |
| 130.  -Nestle S A SPNSD ADR REPSTING REG SHS (NSRGY) | A | Dividend | J | T | | | | | |
| 131.  -Sysco Corporation (SYY) | A | Dividend | J | T | | | | | |
| 132.  -United Parcel Service Inc CL B (UPS) | A | Dividend | J | T | | | | | |
| 133. | | | | | | | | | |
| 134.  Charles Schwab Bank Checking Account (4108) | A | Interest | K | T | | | | | |
| 135.  Citibank Checking Account (LAL) | A | Interest | K | T | | | | | |
| 136.  City National Bank Checking Account LaMothe Family Trust | A | Interest | J | T | | | | | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **LaMothe, Louise A.** | 05/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. City National Bank Checking Account Kaplan Family Trust | A | Interest | J | T | | | | | |
| 138. Wells Fargo Crown Classic Checking Account (4067) (DK) | A | Interest | L | T | | | | | |
| 139. Wells Fargo Crown Classic Checking Account (2824) | A | Interest | J | T | | | | | |
| 140. John Hancock Whole Life (DK) | D | Dividend | M | T | | | | | |
| 141. Northwestern Mutual Life Ins Policy (Whole life) (6527931) (LAL) | C | Dividend | M | T | | | | | |
| 142. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LaMothe, Louise A. | 05/22/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| LaMothe, Louise A. | 05/27/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Louise A. LaMothe**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544